## Sowell *v.* The State.

APPEAL from the Circuit Court of Geneva.
Tried before the Hon. JOHN P. HUBBARD.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant was indicted and tried for the murder of Lula Sowell; was convicted of murder in the second degree, and sentenced to the penitentiary for twenty years.

The judgment of conviction is affirmed.

Opinion PER CURIAM.

---

## Helena Coal Co. *v.* Hays.

APPEAL from the Circuit Court of Shelby.
Tried before the Hon. JOHN PELHAM.

MCMILLAN & THETFORD, for appellant.

W. S. CARY, for appellee.

This action was brought against the appellant, to recover fees for medical services rendered defendant's employees.

From a judgment in favor of the plaintiff, the defendant appeals.

The judgment is reversed and the cause remanded.

Opinion by MCCLELLAN, C. J.